# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 19, 2021

Before

FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| No. 21-8029 | IN RE: <br> THOMAS DART and COOK COUNTY, ILLINOIS, <br> Petitioners |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02412 <br> Northern District of Illinois, Eastern Division <br> District Judge Andrea R. Wood ||

Upon consideration of the **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f) FROM ORDER GRANTING CLASS CERTIFICATION**, filed on October 4, 2021, by counsel for the petitioners,

**IT IS ORDERED** that the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is **DENIED**.

form name: **c7_Order_3J**   (form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit