# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Willie Clay

                     Plaintiff,

v.                                               Case No.: 1:19–cv–02412
                                                    Honorable Andrea R. Wood

Thomas Dart, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Per the parties' agreement, plaintiff's motion for sanctions [187] is withdrawn and denied without prejudice as moot. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.